JAMES TRULEY, as Administrator of the Estate of JAMES TRULEY, JR., Deceased, Respondent, v. BLUE LINE TRANSFER CO., INC., Appellant, et al., Defendant.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

TUCKAHOE TERRACE COOPERATIVE, INC., Respondent, v. LAL CONSTRUCTION CORP. et al., Appellants, et al., Defendants.—

The facts stated in the moving papers are insufficient to show that plaintiff's default was due to mistake, inadvertence, surprise or excusable neglect; nor is there any *factual* showing that plaintiff has a meritorious cause of action (cf. *Bennett* v. *Dorothy Lamour, Inc.*, 13 A D 2d 816; *Heller* v. *Ward*, 10 A D 2d 633). Furthermore, no proposed complaint was submitted alleging a valid cause of action (cf. *418 Trading Corp.* v. *Pelliccio*, 13 A D 2d 804). Upon this record, it was an improvident exercise of discretion to grant the motion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

## (November 21, 1961)

In the Matter of PALM LOUNGE, INC., Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.—

Nolan, P. J., Ughetta, Christ and Pette, JJ., concur.

GERTRUDE G. NOVACK, Respondent, v. JACK NOVACK, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

PHYLLIS RUSOFF, Respondent, v. LEWIS RUSOFF, Appellant.—

Nolan, P. J., Christ, Pette and Brennan, JJ., concur; Beldock, J., not voting.